# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00633-RJC-DSC

| | |
|---|---|
| LEE S. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CONN APPLIANCES INC. et. al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Defendants' "Motion to Compel Arbitration" (document #3) and the parties' briefs and exhibits. For the reasons stated in Defendants' briefs, the Motion will be granted.

**IT IS THEREFORE ORDERED** that:

1. Defendants' "Motion to Compel Arbitration" (document #3) is **GRANTED**. The parties shall submit their dispute to binding arbitration as provided in the arbitration agreement.

2. This matter is **STAYED** pending arbitration.

3. The parties shall file a status report within ninety days of this Order, and every ninety days thereafter.

4. The Clerk is directed to send copies of this Order to pro se Plaintiff, counsel for Defendants, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.   Signed: December 7, 2020

David S. Cayer
United States Magistrate Judge