# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00633-RJC-DSC

| | |
|---|---|
| **LEE S. JOHNSON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CONN APPLIANCES INC. et. al.,** )<br>)<br>**Defendants.** ) | **ORDER** |

**THIS MATTER** is before the Court on Defendants' "Motion to Dismiss" (document #3). On December 7, 2020, the Court <u>granted</u> the alternate relief sought in the Motion, <u>ordered</u> the parties to submit their dispute to binding arbitration and <u>stayed</u> this matter. <u>See</u> "Order" (document #11). The remaining relief requested in the Motion is moot.

Accordingly, Defendants' "Motion to Dismiss" (document #3) is administratively <u>denied</u> as moot without prejudice.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: February 11, 2021

David S. Cayer
United States Magistrate Judge